NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
Kimberly.Frayn@usdoj.gov
*Representing the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JOSE CARRILLO-GARCIA,<br><br>   Defendant. | Case No. 2:20-CR-00007-GMN-DJA<br><br>**Stipulation To Continue Change of Plea Hearing and to Set a Sentencing Hearing**<br>(First Request) |

     IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon Jaroch, Assistant Federal Public Defender, counsel for JOSE CARRILLO-GARCIA , ("Carrillo"), that the change of plea hearing in the abovementioned case, which is currently scheduled for April 15, 2020, be continued and the change of plea and sentencing hearings be held at the same time on a date and time convenient to the Court, but not later than calendar call on July 7, 2020, for the following reasons:

1. The parties have reached a plea agreement in which Carrillo plans to plead guilty to the one count Indictment (ECF No. 1). The Court has scheduled a change of plea hearing for April 15, 2020 (ECF No. 21).

2. In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations,[1] and the District Court's Temporary General Orders,[2] the parties seek to continue the April 15, 2020, change of plea hearing and to schedule a hearing for the change of plea and sentencing at the same time on a date and time convenient to the Court, but not later than calendar call on July 7, 2020, in order to promote efficiency and to allow time for planning a hearing that complies with the CDC's recommendations and the District Court's Temporary General Orders.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the change of plea and sentencing hearings. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

/ / /
/ / /
/ / /

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html

[2] *See* Temporary General Orders 2020-03 and 2020-05.

6. This is the first stipulation to continue the hearing.

DATED this 8th day of April, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE CARRILLO-GARCIA,

    Defendant.

Case No. 2:20-CR-00007-GMN-DJA

**Findings Of Fact, Conclusions Of Law And Order**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have reached a plea agreement in which Carrillo plans to plead guilty to the one count Indictment (ECF No. 1). The Court has scheduled a change of plea hearing for April 15, 2020 (ECF No. 21).

2. In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations, and the District Court's Temporary General Orders, the parties seek to continue the April 15, 2020, change of plea hearing and to schedule a hearing for the change of plea and sentencing at the same time on a date and time convenient to the Court, but not later than calendar call on July 7, 2020, in order to promote efficiency and to allow time for planning a hearing that complies with the CDC's recommendations and the District Court's Temporary General Orders.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the change of plea and sentencing hearings. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

### **ORDER**

THEREFORE, IT IS HEREBY ORDERED that the change of plea hearing in the above-captioned matter, currently scheduled for April 15, 2020, be vacated and continued, and the change of plea and sentencing hearings will be held together on Wednesday, July 1, 2020, at the hour of 10:30 a.m. in Courtroom 7D.

DATED this __8__ day of April 2020.

_____
HONORABLE GLORIA M. NAVARRO
United States District Court Judge