# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  vs.  )<br>  )<br> JOSE CARILLO-GARCIA,  )<br>  )<br>    Defendant.  )<br>  ) | Case No.: 2:20-cr-00007-GMN-DJA<br><br>**ORDER** |

The Court finds that the felony plea and sentencing of Defendant Jose Carillo-Garcia "cannot be conducted in person without seriously jeopardizing public health and safety." *See* CARES Act, Pub. L. 116-136, 134 Stat. 281, § 15002(b)(2)(A)(5).  The Court further finds that this matter "cannot be further delayed without serious harm to the interests of justice," *see id.*, because the parties are jointly recommending that Defendant be sentenced to time served.

**IT IS SO ORDERED.**

**DATED** this __1__ day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court